Psj:2010R00848

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 NOV -9 P 3:43

OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *

FRANKLIN HAROLD BARNEY            *
    a.k.a. "Spanky"
JOSEPH PADRO HILL, Jr.            *
    a.k.a. "Dro"
JOHN CAREY ANDERSON               *
    a.k.a. "Pops"
JOEVAUGHN BUTLER                  *
PATRICK GARDNER
KAYLA NICOLE TWISS                *
JONATHAN TOMLINSON
DIRAY NICHOLSON                   *
JONTAE GILLIAM
DENNIS GALE GORE                  *
    a.k.a. "Slow Motion"
DEVRO JEROME HEBRON               *
TYRONE JUAN JONES
    a.k.a. "Unc"                *
HOWARD LEE PORTER

Crim. No. JKB-11-0605

(Conspiracy to Distribute PCP, Heroin, Cocaine and Cocaine Base, 21 U.S.C. §846)

****oOo****

INDICTMENT

Count One

The Grand Jury for the District of Maryland charges:

From on or about January 1, 2010 through on or about October 31, 2011, in the District of Maryland and elsewhere,

    FRANKLIN HAROLD BARNEY a.k.a. "Spanky",
    JOSEPH PADRO HILL, Jr. a.k.a. "Dro",
    JOHN CAREY ANDERSON a.k.a. "Pops",
    JOEVAUGHN BUTLER,
    PATRICK GARDNER,
    KAYLA NICOLE TWISS,
    DIRAY NICHOLSON,

JONTAE GILLIAM,
JONATHAN TOMLINSON,
DENNIS GALE GORE a.k.a. "Slow Motion",
DEVRO JEROME HEBRON,
TYRONE JUAN JONES a.k.a. "Unc", and
HOWARD LEE PORTER,

the defendants herein, did knowingly, intentionally and unlawfully combine, conspire and confederate with each other and with others known and unknown to the Grand Jury to knowingly, intentionally and unlawfully possess with intent to distribute a) five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, b) twenty-eight (28) grams of a mixture or substance containing a detectable amount of cocaine base (a.k.a. crack cocaine), a Schedule II controlled substance, c) one-hundred (100) grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and e) one kilogram of a mixture or substance containing a detectable amount of phencyclidine (PCP), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). 21 U.S.C. §846

_____
Rod J. Rosenstein
United States Attorney for the
District of Maryland

A TRUE BILL:

**SIGNATURE REDACTED**               11/9/2011
FOREPERSON                           DATE